IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATT SWART, JEREMY CHONG, ) | |
| GABRIEL EMERSON, and ) | |
| CAEDEN HOOD, ) | |
| ) | Case Number: 19-CV-06213 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Honorable Judge John Robert Blakey |
| CITY OF CHICAGO, ) | |
| an Illinois municipal corporation, ) | |
| ) | |
| Defendant. ) | |

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **October 10, 2019 at 10:15 AM** we shall appear before the Honorable **Judge John Robert Blakey**, in Courtroom **1203**, 219 S. Dearborn, Chicago, IL 60604 and then and there present the attached **Motion for Emergency Temporary Restraining Order**, a copy of which is attached and hereby served upon you.

Respectfully submitted this October 9, 2019.

s/ *John W. Mauck*
John W. Mauck

John W. Mauck
Sorin A. Leahu
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
P: (312) 726-1243
F: (866) 619-8661
jmauck@mauckbaker.com
sleahu@mauckbaker.com

## CERTIFICATE OF SERVICE

I, John W. Mauck, an attorney, hereby certify that on October 9, 2019, I caused a copy of the foregoing **Notice of Motion** and **Motion for Emergency Temporary Restraining Order** to be served upon all counsels of record via the ECF filing system.

1

By: */s/ John W. Mauck*
John W. Mauck

John W. Mauck
Sorin A. Leahu
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
P: (312) 726-1243
F: (866) 619-8661
jmauck@mauckbaker.com
sleahu@mauckbaker.com

2