IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MATT SWART, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 1:19-cv-06213 |
| | ) | |
| v. | ) | Honorable John Robert Blakey |
| | ) | |
| **CITY OF CHICAGO,** | ) | |
| an Illinois municipal corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO COMPEL DEPOSITION

**NOW COME** Plaintiffs, Matt Swart, Jeremy Chong, Gabriel Emerson, and Caeden Hood, by counsel Mauck & Baker, LLC, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, and move this Court to compel the deposition of Mark Kelly, Commissioner of the City of Chicago's Department of Cultural Affairs and Special Events. Commissioner Mark Kelly is the city official fully and uniquely responsible for the Millennium Park Rules. The preamble of the Rules states:

> These Millennium Park Rules (the "Rules") have been **promulgated by the Commissioner** of the City of Chicago's Department of Cultural Affairs & Special Events ("DCASE") pursuant to the Municipal Code of Chicago Section 10-36-140(g)…(emphasis applied).

Thus, Commissioner Kelly is uniquely able to testify as to what governmental interest Chicago has for its blanket prohibition of speeches and distribution of free written materials in ten of eleven "rooms" of Millennium Park and indeed why he created those "rooms." The current

Millennium Park Rules, effective August 26, 2019, **Exhibit A,** were signed by Commissioner Kelly alone as were the prior Rules put into effect on April 2, 2019, **Exhibit B.**

Plaintiffs requested a deposition of Kelly but the City refused arguing that Kelly lacks "unique pertinent knowledge" of the Millennium Park Rules and is too busy, **Exhibit C** (emails dated October 15 and 16).

Plaintiffs may also or eventually depose Anne Hickey the subordinate official preferred by the Corporate Counsel. However, even if the caddy is counting the strokes, every professional golfer knows that signing the scorecard makes him or her responsible. If Commissioner Kelly is vague or does not know why he instituted a **total ban** in ten of the eleven so-called rooms then the Court and Plaintiffs should know that the official uniquely in charge of promulgating the rules was unaware or misunderstood the rationale for restricting First Amendment activities.

**WHEREFORE**, the Plaintiffs respectfully request that this Court grant their Motion to Compel Deposition and compel the Defendant to allow Plaintiffs' counsel to depose Commissioner Kelly prior to November 1 in preparation for the November 7 trial.

Dated: Thursday, October 17, 2019

                                      **SWART, CHONG, EMERSON, AND HOOD**

                                      By: /s/ John W. Mauck
                                             One of their attorneys

John W. Mauck, Esq.
Sorin A. Leahu, Esq.
Soo Y. Lee, Esq.
**Mauck & Baker, LLC**
One North LaSalle, Suit 600

Chicago, Illinois 60602

T: (312) 726-1243

F: (866) 619-8661

jmauck@mauckbaker.com

sleahu@mauckbaker.com

slee@mauckbaker.com

*Counsel for Plaintiffs*