# EXHIBIT B



# MILLENNIUM PARK RULES

Welcome to Millennium Park! Millennium Park (the "Park") was created for the enjoyment of Chicago residents and visitors. While in the Park, please respect the rights of others by allowing open access to all areas of the Park at all times.

These Millennium Park Rules (the "Rules") have been promulgated by the Commissioner of the City of Chicago's Department of Cultural Affairs & Special Events ("DCASE") pursuant to the Municipal Code of Chicago Section 10-36-140(b), and may be enforced pursuant to Municipal Code of Chicago Section 10-36-140(g). The Rules apply to activity within Millennium Park, which is the 24.5-acre park bounded by Michigan Avenue, Randolph Street, Columbus Drive, and Monroe Street, as well as the BP Bridge that spans Columbus Drive and extending into Grant Park. (**NOTE:** The Nichols Bridgeway is owned and operated by the Art Institute of Chicago; any use of the Nichols Bridgeway is subject to the review and approval of the Art Institute of Chicago). Unless otherwise indicated, these Rules shall not apply to the streets or the sidewalks that bound the Park or the parking facilities located below the Park.

In addition to these Rules, all visitors of the Park are subject to all applicable federal, state, and local laws. The Code of the Chicago Park District does not apply to the Park.

**A.  Park Hours**

The Park is open daily from 6 a.m. – 11 p.m. No person is permitted to be in the Park outside of these hours. The Great Lawn and Jay Pritzker Pavilion may be closed during hours when the Park is otherwise open.

**B.  Restricted Behavior**

1. Park visitors are prohibited from using the restroom facilities and water features for bathing or personal grooming.

2. Park visitors are prohibited from sleeping in the Park.

3. Park visitors are prohibited from using any sound-emitting devices which are clearly audible to others at a distance of over ten feet.

1

4. Park visitors are prohibited from engaging in any obscene or indecent acts, including, but not limited to, exposing genitalia and engaging in sexual acts.

## C. Smoking

Smoking, including e-cigs and vaping devices, is prohibited in the following locations in the Park:

1. The Jay Pritzker Pavilion seating area or on the Great Lawn;

2. East and West Arcades at the Jay Pritzker Pavilion;

3. Lurie Garden;

4. East and West Exelon Buildings;

5. McDonald's Cycle Center; and

6. Any tented areas in the Park.

## D. Vehicles and Other Mobility Devices

1. *Motorized vehicles:*

    a. Unless otherwise provided, the use of motorized vehicles by Park visitors, including, but not limited to, cars, self-propelled scooters, carts, electric personal assistive mobility devices (Segways), hoverboards, and mopeds, is prohibited.

    b. This prohibition does not apply to people with disabilities who use:

        i. power wheelchairs or electric scooters (for this subsection, an electric scooter is a three- or four-wheeled transportation device with a seat with back support designed to assist those with walking disabilities); or

        ii. other power-driven mobility devices ("OPDMD"). If a Park visitor is using an OPDMD, the Park visitor may be asked to show proof of disability.

    c. The prohibition in subsection (1)(a) does not apply to motorized vehicles permitted by Park Management. Contractors or vendors may acquire permits for their motorized vehicles from the Park Management Office at 201 East Randolph Street. The permit must be displayed in the vehicle at all times while the vehicle is on Park property.

    d. Flight of small unmanned aircraft, as defined in Section 10-36-400 of the Municipal Code of Chicago, over Millennium Park is a violation of that section subject to the exceptions therein.

2

2. *Non-motorized vehicles:*

   a. Riding bicycles, skateboards, scooters, roller skates, rollerblades, or other wheeled transportation devices in the Park is prohibited. Bicycle parking is only permitted at the McDonald's Cycle Center and at designated bike racks.

   b. Manual wheelchairs and manually powered mobility aids, such as walkers, crutches, braces, and canes, are allowed.

### E. Receipt of Deliveries

All deliveries to the Park must be scheduled in advance with Park Management and DCASE.

### F. Fire and Barbecue Grills

Park visitors may not light or use fires in the Park. Additionally, Park visitors may not use barbecue grills or propane tanks.

### G. Animals

Park visitors are prohibited from bringing any animals into the Park other than service animals as defined by 28 C.F.R. §§ 35.104 and 35.136, and 720 ILCS 5/48-8.

### H. Alcoholic Beverages

No alcoholic beverages shall be sold, brought within, given away, delivered, or consumed within the Park, except in the following circumstances:

1. Alcoholic beverages may be purchased and consumed in designated areas at restaurants or within designated secured perimeters at properly licensed concession stands within the Park.

2. Alcoholic beverages may be consumed or sold in designated areas within designated secured perimeters during privately catered and City-sponsored events, as permitted by Park Management and DCASE, subject to all applicable ordinances and rules applicable to the consumption and sale of alcohol at these events.

3. Outside alcohol is prohibited at ticketed concerts and events presented by permitted private production companies.

4. Alcoholic beverages may be consumed within designated secured perimeters in the seating area and on the Great Lawn only during the performance of select free public concerts in the Jay Pritzker Pavilion, as permitted by Park Management. DCASE may prohibit outside alcohol at designated events.

3

I. **Landscaping/Park Property**

1. Park visitors may not in any way disturb or destroy plants, flowers, shrubs, leaves, or any other landscape elements. Park visitors may not place anything in the plant beds.

2. Visitors to the Lurie Garden must stay on the designated pathways that surround the flower beds. Visitors may not walk on the walls around the Lurie Garden or in the mulch pathways within the beds.

3. Climbing, sitting, and standing on Park parapet walls, balconies, balustrades, art, or other temporary or permanent Park structures is prohibited. Climbing, sitting, standing, and sliding down the BP Bridge is prohibited.

4. Affixing rope, signs, handbills, or other materials to any trees, shrubs, other landscaping, or other Park property is prohibited.

5. Park visitors may not cut, break, or in any way injure, deface, destroy, or alter any building, fence, monument, sculpture, bridge, sign, or other structure or property in Millennium Park.

J. **Littering and Recycling**

1. All trash must be deposited into the provided receptacles.

2. Recycling bins are located throughout the Park. Park visitors are encouraged to utilize them when disposing of recyclable materials.

K. **Water Features**

1. Park visitors are not allowed to bring glass into Crown Fountain, Wrigley Square, or the Lurie Garden Seam.

2. Park visitors may enter the Crown Fountain and put their feet in the Lurie Garden Seam.

3. Park visitors may not stand, walk, wade, or swim in the Lurie Garden Seam or the fountain at the Millennium Monument in Wrigley Square. Park visitors are prohibited from floating items in the Lurie Garden Seam, and from attempting to remove coins or other material from the water.

4. Irrigation pipes run throughout the Lurie Garden. Park visitors are prohibited from touching, moving, or picking them up. Park visitors are also prohibited from touching the green circular irrigation covers.

L. **Closed or Prohibited Areas**

Park visitors without invitation or authorization may not enter areas closed to the public, whether for private events or otherwise.

4

**M.  Event Rules**

1. It is important to maintain safety and security in Millennium Park. In order to ensure that events in the Park are enjoyable for all attendees, a security perimeter with metal detecting wands and bag check will be in place for all Jay Pritzker Pavilion events and select other events held in Millennium Park. Park visitors attending any event will be subject to bag search at security perimeters. Bags and coolers brought to events must be smaller than 26L x 15W x 15H.

2. The following are prohibited from Millennium Park events unless otherwise provided for in these Rules:

   Pets; hammocks; flags; banners; lawn stakes; tents; canopies; shade structures; staked or golf umbrellas; balloons; noise makers; laser pointers; all metal knives and cutlery (though corkscrews and plastic or compostable cutlery are allowed); motorized toys; walkie-talkies or portable radios; unauthorized/unlicensed vendors; unauthorized solicitation and materials including, but not limited to, handbills, flyers, stickers, samples, and giveaways; illegal and illicit substances of any kind including drugs or drug paraphernalia; firearms; weapons of any kind (including, but not limited to, pocket knives and pepper spray); fireworks and any other explosive; open flames; and any other items deemed dangerous by Millennium Park Security or the Chicago Police Department.

3. Capacity:

   a. Millennium Park staff may close off portions of the Park that have reached maximum safe capacity.

   b. Visitors shall relinquish held space or seats at the request of Millennium Park Staff.

4. Weather: Concerts and performances in the Jay Pritzker Pavilion may be cancelled for severe weather warnings and/or the occurrence or imminent threat of lightning in the area. Weather-related announcements may be transmitted on Twitter @Millennium_Park.

5. Small umbrellas may only be used in inclement weather and extreme heat.

6. Professional video, audio, and photography equipment and setup are not allowed except for previously approved media professionals.

7. Any taping of performances without prior, written permission of the performers is prohibited.

**N. Rules Specific to the Jay Pritzker Pavilion and the Great Lawn**

1. Visitors may not engage in conduct that disrupts a performance or event. Disruptive visitors will be asked to leave and will be escorted out of the Park.

5

2. In addition to the prohibitions stated for events in Section M(2) of these Rules, oversized blankets and any kind of staked item are prohibited on the Great Lawn. So as not to obstruct people's views, signs are not allowed during performances.

3. Due to public safety concerns, concert attendees may not stand or dance in the aisles, walkways, and ramps unless permitted at the discretion of Park Management. The concrete pad in the rear of the seating area is available for those who wish to dance if there is appropriate space for emergency access as determined by Park Management.

4. Park visitors may save no more than one (1) seat in the Pavilion, such privilege being subject to revocation by Millennium Park Staff as needed for the accommodation of people.

5. The Great Lawn will be closed except during events.

## O. Permits

1. Permits and approval are required for the performance of professional services and activities in the Park and may be acquired from the Park Management Office at 201 East Randolph Street. Food vendors, caterers, photographers, videographers, and exhibitors all need permits to operate in the Park, as do the producers of television, film, music, and events. For more information go to:
https://www.chicago.gov/city/en/depts/dca/supp_info/rates_for_filming.html#mp

2. Prior approval of any professional use of the Park for any purpose must be provided by Park Management, DCASE, and any artist, architect, or that creative person's representatives for: the Lurie Garden, the Jay Pritzker Pavilion, the Crown Fountain, Cloud Gate, and any other temporary or permanent art or structure installed in the Park unless it is specifically acknowledged to be in the public domain.

3. The sale of any goods, printed or written material, or services is prohibited without a permit.

## P. Disruptive Conduct

1. Any conduct, even if not specifically noted by these Rules, is prohibited in the Park if it interferes with or disrupts another visitor's peaceful enjoyment of a performance or amenity in the Park, endangers public health or safety, may damage Park property, or is prohibited by applicable federal, state, and local laws.

2. The solicitation and receipt of funds is prohibited.

3. Any displays, speeches, or demonstrations on Park property must be approved by DCASE and Park Management, which may impose reasonable time, place, and manner restrictions and may require a permit.

4. Millennium Park is divided into several outdoor "rooms," each with its own purpose or art. These rooms are: the Jay Pritzker Pavilion and the Great Lawn; the Lurie Garden; Cloud Gate Plaza; Chase Promenade North; Chase Promenade Central; Chase Promenade South; Boeing Gallery North; Boeing Gallery South; Wrigley Square and Millennium Monument; McCormick Tribune Plaza and Ice Rink; and Crown Fountain. Sidewalks surround Millennium Park and connect to sidewalks within the Park, which connect the rooms but are not part of the rooms. The making of speeches and the passing out of written communications shall be restricted to Wrigley Square and Millennium Monument and the sidewalks in and around the Park, though closed sidewalks, whether for an event or another reason, shall not be available for this purpose.

Effective this date: 2 of april, 2019

*Mark Kelly*
Mark Kelly, Commissioner
Chicago Department of Cultural Affairs & Special Events

7