# EXHIBIT C

## Jonathan M. Rosenthal

**From:** Andrew Mine <Andrew.Mine@cityofchicago.org>
**Sent:** Wednesday, October 16, 2019 11:05 AM
**To:** Sorin Leahu
**Cc:** John Mauck; Terry Lu; Oscar Pina; Bradley Wilson; John Hendricks
**Subject:** RE: Swart

Sorin,

We oppose the deposition of the Commissioner. Under prevailing law, he should not have to testify as he does not have unique pertinent knowledge and is extraordinarily busy. The person at DCASE with the most substantive knowledge relevant to this case is Ann Hickey, Deputy Commissioner of Facilities. We anticipate calling her to testify on November 7.

Regards,

Andy


Andrew S. Mine
Senior Counsel
Constitutional and Commercial Litigation Division
City of Chicago Law Department
30 N. LaSalle Street Suite 1230
Chicago, IL 60602
(312) 744-7220
Andrew.Mine@cityofchicago.org


**From:** Sorin Leahu [mailto:Sleahu@mauckbaker.com]
**Sent:** Tuesday, October 15, 2019 1:28 PM
**To:** Andrew Mine
**Cc:** John Mauck; Terry Lu; Oscar Pina
**Subject:** RE: Swart

Andy,

Matt Swart assures me that he will be able to make it on time. If not, we can do it on another day. Seeing as we are going forward with depositions at this time, we would like to depose Commissioner Mark Kelly. We have availability next week on Monday at 2 pm, Tuesday at 10 am, Wednesday at 2 pm or Thursday at 10 am.

Please let us know which date works best and we will send out a notice.

Thanks,

Sorin A. Leahu
Attorney

1