IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Matt SWART, *et al.* | |
| Plaintiffs, | |
| v. | Case No. 19-cv-6213 |
| CITY OF CHICAGO, *et al.* | Hon. John Robert Blakey |
| Defendants. | |

## DECLARATION OF COMMISSIONER MARK KELLY

I, Mark Kelly, declare and state as follows:

1. I serve as Commissioner of the City of Chicago ("City") Department of Cultural Affairs and Special Events ("DCASE").

2. I am aware of the above-captioned lawsuit brought by individuals challenging portions of the rules governing activity within Millennium Park.

3. I have no first-hand knowledge of the events that led these individuals to sue the City. I know of the facts underlying the lawsuit only from reports from other City employees and subordinates, including Deputy Commissioner Ann Hickey, to whom I delegated the investigation of this issue.

4. While I reviewed and approved the rules and regulations governing activity in Millennium Park and held the ultimate authority to issue them under City ordinances, Deputy Commissioner Hickey was the individual at DCASE with primary responsibility for developing these rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 23, 2019

_____
MARK KELLY
Commissioner
Department of Cultural Affairs
and Special Events