## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MATT SWART, JEREMY CHONG,** | ) | |
| **GABRIEL EMERSON, and** | ) | |
| **CAEDEN HOOD**, | ) | |
| | ) | **Case Number: 19-CV-06213** |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Honorable Judge John Robert Blakey** |
| **CITY OF CHICAGO**, | ) | |
| **an Illinois municipal corporation**, | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE
### (DISCOVERY)

I, the undersigned attorney, hereby certify that on December 20, 2019, I served copies of **Plaintiffs' First Request for Admissions by Defendant City of Chicago** and **Plaintiffs' First Interrogatories to Defendant** on the following attorneys of record by electronic mail:

| | |
|---|---|
| Andrew S. Mine | amine@cityofchicago.org |
| Oscar Pina | Oscar.Pina@cityofchicago.org |
| Bradley Gordon Wilson | bradley.wilson@cityofchicago.org |
| John Lawrence Hendricks | john.hendricks@cityofchicago.org |

/s/ John W. Mauck
John W. Mauck (#1797328)
**Mauck & Baker, LLC**
One N. LaSalle St., Suite 600
Chicago, Illinois 60602
P: (312) 726-1243
F: (866) 619-8661
jmauck@mauckbaker.com
*One of Plaintiffs' Attorneys*

1