IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| **MATT SWART et al.**, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) **Case No. 19-cv-06213** |
| v. | ) |
| | ) **Honorable John Robert Blakey** |
| **CITY OF CHICAGO**, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I served **PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS BY DEFENDANT CITY OF CHICAGO**, and **PLAINTIFF' SECOND INTERROGATORIES TO DEFENDANT** via electronic mail upon the counsels of record indicated below:

| | |
|---|---|
| Andrew S. Mine | amine@cityofchicago.org |
| Oscar Pina | Oscar.Pina@cityofchicago.org |
| Bradley Gordon Wilson | bradley.wilson@cityofchicago.org |
| John Lawrence Hendricks | john.hendricks@cityofchicago.org |

*Counsels for Defendant City of Chicago*

By: \_/s/ John W. Mauck\_\_
One of its Attorneys

John W. Mauck, Esq.
**Mauck & Baker, LLC**
One N. LaSalle St., Suite 600
Chicago, Illinois 60602
Telephone: 312-726-1243
Facsimile: 866-619-8661
jmauck@mauckbaker.com
*Counsel for Plaintiffs*