UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATT SWART, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF CHICAGO,<br><br>　　　　Defendant. | Case No. 19-cv-6213<br><br>Judge John Robert Blakey |

## PRELIMINARY INJUNCTION ORDER

Based upon the findings of fact and conclusions of law as stated in this Court's accompanying Memorandum Opinion & Order, this Court orders as follows, pending further proceedings in this matter:

Defendant City of Chicago is preliminary enjoined from enforcing Sections P(1) and P(3) of the Millennium Park Rules effective August 26, 2019. This Court further exercises its discretion to waive Rule 65(c)'s bond requirement. *Habitat Educ. Ctr. v. U.S. Forest Serv.*, 607 F.3d 453, 458 (7th Cir. 2010).

Dated: February 20, 2020

　　　　　　　　　　　　　　　　　　Entered:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John Robert Blakey
　　　　　　　　　　　　　　　　　　United States District Judge

1