# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MATT SWART, JEREMY CHONG,** ) | |
| **GABRIEL EMERSON, and** ) | |
| **CAEDEN HOOD**, ) | |
| ) | Case Number: 19-CV-06213 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Honorable Judge John Robert Blakey |
| **CITY OF CHICAGO**, ) | |
| an Illinois municipal corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  See Service List Below

**PLEASE TAKE NOTICE** that on __Tuesday___, ___March 10__ at _9:45 am_ or soon thereafter as counsel may be heard, we shall appear before the Honorable _Judge John Robert Blakey_, U.S. District Judge, in Courtroom _1203_, 219 S. Dearborn, Chicago, IL, and then and there present the attached **Motion to Convert this Court's February 20, 2020 Preliminary Injunction into a Permanent Injunction**, a copy of which is attached.

Respectfully submitted this 2th day March, 2020.

s/       John W. Mauck

John W. Mauck
Sorin A. Leahu
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
P: (312) 726-1243
F: (866) 619-8661
jmauck@mauckbaker.com
sleahu@mauckbaker.com

1

## CERTIFICATE OF SERVICE

I, John W. Mauck, an attorney, hereby certify that on March 2, 2020, I caused a copy of the foregoing **Notice of Motion** and **Motion to Convert this Court's February 20, 2020 Preliminary Injunction into a Permanent Injunction** to be served upon the person identified in the service list above via hand delivery.

By: /s/ John W. Mauck

John W. Mauck
Sorin A. Leahu
MAUCK & BAKER, LLC
One North LaSalle, Suite 600
Chicago, Illinois 60602
P: (312) 726-1243
F: (866) 619-9661

## SERVICE LIST

Andrew Mine
City of Chicago
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
P: (312) 744-7220
F: (312) 744-5185
andrew.mine@cityofchicago.org

Oscar Pina
City of Chicago
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
P: (312) 742-0797
F: (312)744-5185
oscar.pina@cityofchicago.org

Bradley Wilson
City of Chicago
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
P: (312) 742-0797

F: (312)744-5185
bradley.wilson@cityofchicago.org

John Hendricks
City of Chicago
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
P: (312) 742-0797
F: (312)744-5185
john.hendricks@cityofchicago.org