IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MATT SWART, JEREMY CHONG, GABRIEL EMERSON, and CAEDEN HOOD** | ) ) ) ) ) | CASE NO. 19-CV-06213 |
| Plaintiffs, | ) ) ) | Honorable Judge John Robert Blakey |
| **CITY OF CHICAGO**, an Illinois municipal corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## STATUS REPORT

Defendant, City of Chicago, by and through its counsel, submits the following Status Report.

A. On February 20, 2020, this Court entered an order preliminarily enjoining the City from enforcing various Millennium Park Rules restricting First Amendment activities at Millennium Park.

B. On March 5, 2020, this Court entered and continued Plaintiffs' motion to convert the preliminary injunction into a permanent injunction.

C. Millennium Park remains open on a more limited basis due to the ongoing COVID-19 pandemic, with visitors subject to social distancing rules, group size limitations, and other requirements. Additionally, under current restrictions, Cloud Gate (also known as the Bean) can only be viewed from a distance from the Central Promenade, and physical in-person programming at the Great Lawn and Pritzker Pavilion is not taking place.

D. On August 24, 2020, the Department of Cultural Affairs and Special Events promulgated revised rules for conduct within Millennium Park, which are available on the City's website.

1

E. The City contacted Plaintiffs' counsel prior to filing this report earlier this week. The next day, Plaintiffs provided defense counsel with additions, claiming that the City did not consult them during the drafting of the Rules. When the City added its position that Plaintiffs and Intervenors had, in fact, been consulted during drafting — and that they had provided input, some of which was accepted into the final rules — Plaintiffs informed the City that Plaintiffs would be filing a motion in lieu of joining a status report at this time.

Dated: September 10, 2020
Respectfully submitted,

**MARK A. FLESSNER**
**CORPORATION COUNSEL FOR THE CITY OF CHICAGO**

By: /s/ *Bradley G. Wilson*

JOHN L. HENDRICKS
john.hendricks@cityofchicago.org
ANDREW S. MINE
andrew.mine@cityofchicago.org
OSCAR PIÑA
oscar.pina@cityofchicago.org
BRADLEY G. WILSON
bradley.wilson@cityofchicago.org

City of Chicago Department of Law
Constitutional and Commercial
 Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-7220 / 742-0797 / 744-7686

*Attorneys for Defendant*