**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Matt Swart, et al.
　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:19−cv−06213
　　　　　　　　　　　　　　　　　　　Honorable John Robert Blakey

City of Chicago
　　　　　　　　　　　　Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 26, 2022:

　　　MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's partial motion to dismiss, [144], and denies as moot Plaintiffs' Motion for a Preliminary Injunction and Declaratory Judgment, [137]. The allegations in Plaintiffs' second amended complaint, [131], fail to establish that they have suffered the requisite injury−in−fact needed to confer Article III standing with respect to their challenge to the Defendant's August 2020 and August 2021 Millennium Park Rules. Plaintiffs' claim for damages concerning the 2019 versions of the Park Rules, which were not the subject of the Defendant's partial motion to dismiss, may proceed. The parties shall file a joint status report on or before October 7, 2022, proposing case management dates and update the Court on any potential settlement discussions regarding damages for the City's efforts to enforce the 2019 versions of the Park Rules. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.